

**FILED**

05/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0204

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 20-0204

HSBC BANK USA, NATIONAL
ASSOCIATION AS TRUSTEE FOR
WELLS FARGO ASSET SECURITIES
CORPORATION, MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES
2007-7, its successors in interest and/or
assigns,

    Plaintiff and Appellee,

vs.

NICK NICKERSON and DONNA
NICKERSON,

    Defendants and Appellants,

**ORDER GRANTING
MOTION FOR EXTENSION OF
TIME**

**FILED**

MAY 20 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Pursuant to Rule 26(1), M. R. App. P., Appellants are given an extension of time, to and including June 17th, 2020, in which to file their response to HSBC's Motion to Dismiss Appeal.

Dated this 20th day of May, 2020.